PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PILAR ROSE,<br><br>Defendant. | Case No. 1:21-cr-00112-NONE-SKO<br><br>STIPULATION TO AMEND CONDITIONS OF PRETRIAL RELEASE; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the defendant's Conditions of Pretrial Release ordered on May 4, 2021, and May 7, 2021, be amended to include the following Special Condition:

*The defendant must not incur any additional liability, including fees and interest, on California Bank & Trust Loan Number ending -0158 in the name of the defendant and C.R. beyond the current balance owed of $338,610.56 and must remain current with scheduled loan payments.*

Pretrial Services has no objection to this amendment.

///

Dated: June 23, 2021        */s/ Anthony Capozzi*
                            ANTHONY CAPOZZI
                            Counsel for Defendant Pilar Rose

Dated: June 23, 2021        */s/ Joseph Barton*
                            JOSEPH BARTON
                            Assistant United States Attorney

| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | JOSEPH D. BARTON<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PILAR ROSE,<br><br>Defendant. | Case No. 1:21-cr-00112-NONE-SKO<br><br>ORDER |

**ORDER**

Upon the Parties' stipulation dated June 23, 2021, the defendant's Conditions of Pretrial Release are amended to include the following Special Condition:

*The defendant must not incur any additional liability, including fees and interest, on California Bank & Trust Loan Number ending -0158 in the name of the defendant and C.R. beyond the current balance owed of $338,610.56 and must remain current with scheduled loan payments.*

IT IS SO ORDERED.

Dated: __**June 23, 2021**__                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE