ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PILAR ROSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO. 1:21-CR-00112-NONE-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO MODIFY PRE-TRIAL RELEASE** |
| PILAR ROSE | ) | |
| Defendant. | ) | **COURT: HON. SHEILA K. OBERTO** |

IT IS HEREBY STIPULATED between the United States of American and Defendant, Pilar Rose to modify the Pre-Trial Release Conditions as follows:

1) The Defendant be allowed to reside at 2411 Border Ave, Unit A, Torrance, Ca 90501

2) That Michelle Ruano be included as a Third-party Custodian.

3) All other conditions to remain.

**IT IS SO STIPULATED**.

DATED:  October 18, 2021,        BY:    */s/ Joseph Barton*_____
                                                        JOSEPH BARTON, Assistant United States Attorney

DATED:  October 18, 2021,        BY:    */s/ Anthon P. Capozzi*_____
                                                        ANTHONY P. CAPOZZI, Attorney for PILAR ROSE

DATED:  October 18, 2021,        BY:    */s/ Mark De La Torre*_____
                                                        MARK DE LA TORRE, Pre-Trial Officer

**ORDER**

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation to modify Pre-Trial Release as follows:

4) The Defendant be allowed to reside at 2411 Border Ave, Unit A, Torrance, Ca 90501

5) That Michelle Ruano be included as a Third-party Custodian.

6) All other conditions to remain.

IT IS SO ORDERED.

Dated:   **October 18, 2021**            /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE