PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PILAR ROSE, Defendant. | Case No. 1:21-cr-00112-JLT-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER<br><br>DATE:  August 10, 2022<br>TIME:  1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 10, 2022, at 1:00 p.m., may be continued until October 12, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case, is in plea negotiations with the United States, and is unavailable to attend court on August 10, 2022. The parties agree that time under the Speedy Trial Act shall be excluded through October 12, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  July 6, 2022

*/s/ Anthony Capozzi*
Anthony Capozzi
Counsel for Defendant Pilar Rose

Dated:  July 6, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from August 10, 2022, to **October 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **July 7, 2022**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE