ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PILAR ROSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.  1:21-CR-00112-JLT-BAM |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S NOTICE OF WAIVER** |
| v. ) | **OF PERSONAL APPEARANCE** |
| ) | |
| PILAR ROSE ) | Date: January 25, 2023 |
| Defendant. ) | Time: 1:00 pm |
| ) | Courtroom: 8 |
| ) | **Hon. Barbara A. McAuliffe** |
| ) | |

**TO:     THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES**
         **ATTORNEY:**

Defendant, PILAR ROSE, hereby waives her rights to be present in open Court upon the hearing of any motion or other proceeding in this case, including but not limited to, when the case is ordered set for trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready  for trial any day and hour the Court may fix in her absence.

- 1

DATED: January 20, 2023,    BY:    */s/ Pilar Rose*_____

DATED: January 20, 2023,    BY:    */s/ Anthon P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for
PILAR ROSE

**ORDER**

IT IS SO ORDERED.

Dated: __**January 23, 2023**__           /s/ *Barbara A. McAuliffe*_
UNITED STATES MAGISTRATE JUDGE