PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00112-JLT-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE; AND ORDER |
| v. | |
| PILAR ROSE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that the status conference that is scheduled for May 10, 2023, before the Honorable Barbara A. McAuliffe, can be vacated. The case has already been scheduled for trial in March 2024 with an appropriate time exclusion.

///

///

///

1
2   Dated: April 25, 2023              */s/ Tony Capozzi*
                                        TONY CAPOZZI
3                                       Counsel for Pilar Rose

4   Dated: April 25, 2023              */s/ Joseph Barton*
                                        JOSEPH BARTON
5                                       Assistant United States Attorney

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00112-JLT-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PILAR ROSE, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference that is scheduled for May 10, 2023, is vacated.

IT IS SO ORDERED.

Dated:  __April 25, 2023__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE