1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00112-JLT-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| PILAR ROSE, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, Pilar Rose, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on March 12, 2024, and time under the Speedy Trial Act was excluded through that date.

2. The parties now stipulate and request that the trial date be continued until November 5, 2024, at 8:30 a.m. This is now the earliest available date to ensure continuity of defenese counsel and allow defense counsel sufficient time for trial preparation. Therefore, the defendant moves to exclude time from March 12, 2024, through November 5, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

///

///

1

3.  The parties stipulate and request that the Court make the following findings:

    a.  This is a tax and financial fraud case, and the discovery includes hundreds of thousands of detailed financial records. The government has produced discovery to defense counsel and made other items available for inspection and copying. The government will produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

    b.  Defense counsel has multiple federal and state trials in other cases scheduled from January through October 2024, including a complex white-collar trial in this Court with Assistant United States Attorney Joseph Barton that begins in late April 2024 and is expected to last multiple weeks. Therefore, defense counsel desires additional time to complete his review of the discovery, perform additional investigation, conduct legal research, enter into plea negotiations with the government, prepare pretrial motions, and otherwise prepare for trial.

    c.  Defense counsel believes that failure to grant the above-requested continuance will deny him necessary and reasonable time for effective preparation.

    d.  Based on the above findings, the ends of justice served by continuing the trial date as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., within which trial must commence, the period of March 12, 2024, through November 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional periods are excludable from the period within which trial must commence.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  January 9, 2024               */s/ Joseph Barton*_____
                                      JOSEPH BARTON
                                      Assistant United States Attorney

DATED:  January 9, 2024               */s/ Anthony Capozzi*_____
                                      ANTHONY CAPOZZI
                                      Counsel for Pilar Rose

### ORDER

For the reasons set forth above, the trial is **CONTINUED** to November 5, 2024 at 8:30 a.m. and to ensure continuity of counsel, sufficient time for defense preparataion and because the continuance is requested by the defense, time is excluded for purposes of the Speedy Trial Act through November 5, 2024.

IT IS SO ORDERED.

   Dated:   **January 10, 2024**                        _____
                                                        UNITED STATES DISTRICT JUDGE