PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PILAR ROSE, <br><br> Defendant. | Case No. 1:21-cr-00112-JLT-BAM <br><br> STIPULATION TO VACATE TRIAL DATE AND SCHEDULE A CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED between the parties that the trial scheduled to start on November 5, 2024, may be vacated and that a change of plea hearing may be scheduled for November 4, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties will file a plea agreement with the Court shortly.

Time under the Speedy Trial Act has already been excluded through November 5, 2024.

///

///

///

Out of an abundance, the parties request that the Court further exclude time under the Speedy Trial Act from August 3, 2024, through November 4, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 3, 2024　　　　　　　　　　　　/s/ Anthony Capozzi
　　　　　　　　　　　　　　　　　　　　　　ANTHONY CAPOZZI
　　　　　　　　　　　　　　　　　　　　　　Counsel for Pilar Rose

Dated: August 3, 2024　　　　　　　　　　　　/s/ Joseph Barton
　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00112-JLT-BAM |
|---|---|
| Plaintiff, | ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |
| v. | |
| PILAR ROSE, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled to start on November 5, 2024, is vacated and a change of plea hearing is scheduled for **November 4, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston**.

///

///

///

The Court further excludes time under the Speedy Trial Act from August 3, 2024, through November 4, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **August 5, 2024**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE