PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PILAR ROSE,<br><br>Defendant. | CASE NO. 1:21-CR-00112-JLT-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Pilar Rose, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 26 U.S.C. §§ 7301, 7302, and 28 U.S.C. § 2461(c), defendant Pilar Rose's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. $2,540,079.32 of the net proceeds from the sale of the real property located at 6464 North Van Ness Boulevard, Fresno, California, APN: 406-101-06, including all accrued interest, and

   b. $42,000.00 of the net proceeds from the interlocutory sale of the seized 2018 BMW M550i, VIN: WBAJB9C54JB035654, License: LTIG8TR, including all accrued interest.

2. The above-listed property was involved in, and an instrumentality to the successful completion of the crimes of conviction, and, specifically, was in her custody and control, for the purpose

of being sold or removed by her in fraud of the internal revenue laws, or with design to avoid payment of such tax, or which is removed, deposited, or concealed, with the intent to defraud the United States of such tax or any part thereof, in violation of 26 U.S.C. §§ 7201 and 7212.

      3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property is seized and held by the Internal Revenue Service and held in a suspense account pending the final outcome of this case.  The agency's regulations may require the account to bear very low or no interest in deposits held in criminal proceedings.

      4.    a.     Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

          b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

      5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. §§ 7301, 7302, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **December 3, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE