MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00112-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| PILAR ROSE, | |
| Defendant. | |

The defendant's sentencing is currently scheduled for March 17, 2025. The parties agree to continue the sentencing until April 21, 2025, at 9:00 a.m., to accommodate their respective work schedules.

IT IS SO STIPULATED

Dated: February 5, 2025

*/s/ Anthony Capozzi*
Anthony Capozzi
Counsel for Pilar Rose

Dated: February 5, 2025

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

Upon the parties' stipulation and for good cause shown, the defendant's sentencing is continued from March 17, 2025, until April 21, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: __**February 5, 2025**__                              _____
                                                                                      UNITED STATES DISTRICT JUDGE