| | |
|---|---|
| 1 | MICHELE BECKWITH |
| | Acting United States Attorney |
| 2 | JOSEPH D. BARTON |
| | KEVIN C. KHASIGIAN |
| 3 | Assistant U.S. Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00112-JLT-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR ANCILLARY HEARING BRIEFING SCHEDULE |
| PILAR ROSE, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for Petitioner Christopher Rose, respectfully request that the Court set the following ancillary hearing briefing schedule regarding Petitioner's filings (ECF Docs. 90 and 91):

| | |
|---|---|
| Government Responsive Filing Deadline | August 1, 2025 |
| Petitioner's Reply Filing Deadline | August 8, 2025 |
| Ancillary Hearing | August 18, 2025 |

The parties request the above ancillary hearing briefing schedule which will allow them to review financial documents, continue with informal negotiations, and obtain the requisite supervisory approvals as to settlement terms.

///

///

1

Stipulation and Order for Ancillary Hearing Briefing Schedule

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the government's responsive deadline be set for August 1, 2025, with Petitioner's reply due on August 8, 2025. The ancillary hearing to be set for Monday, August 18, 2025, at 9:00 a.m. before Honorable Judge Jennifer L. Thurston.

Dated: July 7, 2025        MICHELE BECKWITH
                           Acting United States Attorney

                            /s/ Kevin C. Khasigian
                           KEVIN C. KHASIGIAN
                           Assistant U.S. Attorney


Dated: July 7, 2025         /s/ Richard A. Harris
                           RICHARD A. HARRIS
                           Attorney for Petitioner
                           Christopher Rose
                           (Signature approved by email)


**ORDER**

IT IS SO ORDERED.

Dated:  **July 8, 2025**

UNITED STATES DISTRICT JUDGE

2

Stipulation and Order for Ancillary Hearing
Briefing Schedule