| | |
|---|---|
| 1 | KIMBERLY A. SANCHEZ |
|   | Acting United States Attorney |
| 2 | JOSEPH D. BARTON |
|   | KEVIN C. KHASIGIAN |
| 3 | Assistant U.S. Attorneys |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00112-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR ANCILLARY HEARING BRIEFING SCHEDULE |
| PILAR ROSE, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for Petitioner Christopher Rose, respectfully request that the Court set the following ancillary hearing briefing schedule regarding Petitioner's filings (ECF Docs. 90 and 91):

| | |
|---|---|
| Government Responsive Filing Deadline | August 8, 2025 |
| Petitioner's Reply Filing Deadline | August 15, 2025 |
| Ancillary Hearing | August 25, 2025 |

The parties request the above ancillary hearing briefing schedule which will allow them to review financial documents, continue with informal negotiations, and obtain the requisite supervisory approvals as to settlement terms.

///

///

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the government's responsive deadline be set for August 8, 2025, with Petitioner's reply due on August 15, 2025. The ancillary hearing to be set for Monday, August 25, 2025, at 9:00 a.m. before Honorable Judge Jennifer L. Thurston.

Dated:  August 1, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  August 1, 2025

 /s/ Richard A. Harris
RICHARD A. HARRIS
Attorney for Petitioner
Christopher Rose
(Signature approved by phone)

**ORDER**

IT IS SO ORDERED.

Dated:   **August 1, 2025**

UNITED STATES DISTRICT JUDGE

2

Stipulation and Order for Ancillary Hearing
Briefing Schedule