ERIC GRANT
United States Attorney
JOSEPH D. BARTON
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PILAR ROSE,<br><br>　　　　　　Defendant. | CASE NO. 1:21-CR-00112-JLT-BAM<br><br>STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON |

IT IS HEREBY STIPULATED, by and between plaintiff United States of America (hereafter "United States") and Christopher Rose ("potential claimant"), to compromise and settle his interest in the $2,540,079.32 of the net proceeds forfeited from the defendant, and to consent to the entry of a Final Order of Forfeiture pursuant to 26 U.S.C. §§ 7301, 7302, and 28 U.S.C. § 2461(c).

　　　　1.　　On December 3, 2024, the Court entered a Preliminary Order of Forfeiture,[1] forfeiting to the United States all right, title, and interest of defendant Pilar Rose in the following property:

　　　　　　a.　$2,540,079.32 of the net proceeds from the sale of the real property located at 6464 North Van Ness Boulevard, Fresno, California, APN: 406-101-06, including all accrued interest, and

　　　　　　b.　$42,000.00 of the net proceeds from the interlocutory sale of the seized 2018 BMW M550i, VIN: WBAJB9C54JB035654, License: LTIG8TR, including all accrued interest.

---

[1] The United States hereby incorporates by reference, as though fully set forth herein, the Application for Preliminary Order of Forfeiture and Publication Thereof filed on December 2, 2024.

1　　　　　　　　　　　　　　　　　　Stipulation for Final Order of Forfeiture

2. Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. Beginning on December 4, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeiture property. A Declaration of Publication was filed on January 6, 2025.

4. The United States sent direct written notice by first class mail to the following individual known to have an alleged interest in the above-described property:

    a. Richard A. Harris, attorney for Christopher Rose: On January 10, 2025, a notice letter was sent via first class mail to attorney Richard A. Harris, 246 W. Shaw Avenue, Fresno, CA 93704.

5. On or about February 3, 2025, the U.S. Attorney's Office received a petition for remission/mitigation on behalf of Christopher Rose. On March 17, 2025, Christopher Rose filed his Petition to Exempt Community Property Interest from Forfeiture. No third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

6. The parties hereby stipulate that Christopher Rose has a legal right, title, or interest to $991,039.65 of the $2,540,079.32 of the net proceeds from the sale of the real property located at 6464 North Van Ness Boulevard, Fresno, California, and such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for his superior interest in the above-listed assets. *See* 28 U.S.C. § 2461(c) (incorporating 21 U.S.C. § 853(n)). The parties further stipulate that Christopher Rose may have an ownership interest in the forfeited assets and the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of his interest.

7. Petitioner Christopher Rose hereby releases plaintiff United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the subject assets. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said

forfeiture and sale, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

8. Petitioner Christopher Rose expressly agrees to withdraw his petition for remission/mitigation in full consideration and satisfaction of the terms of this stipulation and waives any right to further litigate his ownership or any equitable interest in the above-listed assets.

9. All parties are to bear their own costs and attorneys' fees, if any.

Dated:  August 19, 2025

ERIC GRANT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  August 19, 2025

 /s/ Richard A. Harris
RICHARD A. HARRIS
Attorney for Potential Claimant
Christopher Rose

(Original signature retained by attorney)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulation Settlement.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed assets, pursuant to 26 U.S.C. §§ 7301, 7302, and 28 U.S.C. § 2461(c), to the disposed of according to law, including all right, title, and interest of Pilar Rose and Christopher Rose and their right, title, and interest is hereby extinguished.

2. All right, title, and interest in the below-listed assets, shall vest solely in the name of the United States of America:

    a. $1,549,039.67 of the $2,540,079.32 in net proceeds from the sale of the real property located at 6464 North Van Ness Boulevard, Fresno, California, APN: 406-101-06, including all accrued interest, and

    b. $42,000.00 of the net proceeds from the interlocutory sale of the seized 2018 BMW M550i, VIN: WBAJB9C54JB035654, License: LTIG8TR, including all accrued interest.

3. The Internal Revenue Service – Criminal Investigations shall maintain custody of and control over the above-listed assets until they are disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the Internal Revenue Service shall return $991,039.65 of the $2,540,079.32 of the net proceeds from the sale of the real property located at 6464 North Van Ness Boulevard, Fresno, California, to potential claimant Christopher Rose through his attorney Richard A. Harris.

IT IS SO ORDERED.

Dated: **August 21, 2025**

_[signature: Jennifer L. Thurston]_
UNITED STATES DISTRICT JUDGE