ERIC GRANT
United States Attorney
JOSEPH D. BARTON
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00112-JLT-BAM |
| Plaintiff, | |
| v. | *AMENDED* STIPULATION AND ORDER FOR MOTION HEARING BRIEFING SCHEDULE |
| PILAR ROSE, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for Petitioner Christopher Rose, respectfully request that the Court continue the February 25, 2026, motion that seeks to release the restitution lien and property bond and set the following briefing schedule regarding Petitioner's filing (Doc. 102):

| | |
|---|---|
| Government Responsive Filing Deadline | March 30, 2025 |
| Petitioner's Reply Filing Deadline | April 6, 2026 |
| Motion Hearing | April 13, 2026 |

The parties request the above briefing schedule which will allow the restoration process to complete; the United States has recommended that any payments to victims from forfeited assets be applied toward defendant's restitution obligation.  The government does not intend to oppose the release of the property bond.

1

*Amended* Stipulation and Order for Motion
Hearing Briefing Schedule

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the government's responsive deadline be set for March 30, 2026, with Petitioner's reply due on April 6, 2026.  The motion hearing is to be set for Monday, April 13, 2026, at 9:00 a.m. before Honorable Judge Jennifer L. Thurston, or for a time the court deems appropriate.

Dated:  February 20, 2026

ERIC GRANT
United States Attorney


 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


Dated:  February 20, 2026

 /s/ Richard A. Harris
RICHARD A. HARRIS
Attorney for Petitioner
Christopher Rose
(Signature approved by email)

### ORDER

IT IS SO ORDERED.

Dated:   **February 20, 2026**

UNITED STATES DISTRICT JUDGE

2

*Amended* Stipulation and Order for Motion
Hearing Briefing Schedule