UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00112-001 |
| Plaintiff, | ORDER |
| vs. | |
| PILAR ROSE, | |
| Defendant. | |

IT IS ORDERED THAT the property bond, as documented in Deed Of Trust Number 2021-0101704, APN: 404-291-51, posted with the court on June 24, 2021 (Doc 18), is hereby granted; and shall be returned to its owners.

The Clerk of Court shall forward it to the Law Offices of Anthony P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, California 93711.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1